## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL B. WILLIAMS,<br><br>            Plaintiff,<br><br>    v.<br><br>MARISSA BIGOT, et al.,<br><br>            Defendants. | Case No. 1:13-cv-00556-AWI-MJS (PC)<br><br>**VOLUNTARY DISMISSAL OF ACTION**<br><br>**(ECF No. 24)**<br><br>**CLERK SHALL CLOSE CASE** |

Plaintiff Michael B. Williams proceeds pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This matter is in the screening phase.

Plaintiff filed a notice of voluntary dismissal on November 20, 2013 (ECF No. 24). Under Fed. R. Civ. P. 41(a)(1)(A), a plaintiff may dismiss an action without a court order by filing a notice of dismissal. Plaintiff's November 20, 2013 notice is sufficient as a notice of dismissal under Rule 41.

Accordingly, pursuant to Fed. R. Civ. P. 41, this action is hereby DISMISSED without prejudice.

///////

///////

1  The Clerk shall CLOSE this case.

2

3

4  IT IS SO ORDERED.

5

6  Dated:   November 21, 2013          /s/ *Michael J. Seng*
     UNITED STATES MAGISTRATE JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28